IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RONNIE E. HENSON and CAROLE HENSON )
)
v. ) NO. _____
) JUDGE _____
GREGORY N. GRAHAM and JONES MOTOR )
COMPANY, INC. )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02[1], <u>Jones Motor Company, Inc.</u> makes the following
(Name of Party)
disclosure:

1. All parent corporations, if any, of the named party: N/A

2. All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock: N/A

_____   9/24/2010
(Signature of counsel)              (Date)
Seth M. McInteer, Riley Warnock & Jacobson
1906 West End Ave., Nashville, TN 37203
615-320-3700
(Name, address and telephone number)

[Attach Certificate of Service]

---

[1] Local Rule 7.02 provides: "Any non-governmental corporate party shall file a Corporate Disclosure Statement identifying all its parent corporations and listing any publicly held company that owns ten percent (10%) or more of the party's stock. A party shall file the Corporate Disclosure Statement as a separate document with its initial pleading, or other initial Court filing, and shall supplement the Corporate Disclosure Statement within a reasonable time of any change in the information."

## CERTIFICATE OF SERVICE

I hereby certify on this the 26th day of September 2010, service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Charles L. Hicks BPR # 004548
P.O. Box 959
Camden, Tennessee 38320
731-584-4517

*[signature]*